THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CRAYTONIA BADGER**
**ADC #162710** **PLAINTIFF**

v. Case No. 2:22-cv-00087-KGB

**K. RANDLE,** *et al.* **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendation of United States Magistrate Judge Patricia S. Harris (Dkt. No. 11). Plaintiff Craytonia Badger has not filed any objections, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, adopted in their entirety as this Court's finding in all respects (*Id.*). The Court grants Mr. Badger's request for voluntary dismissal (Dkt. No. 10).

It is so ordered this 19th day of April, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge